UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELLA ELIZABETH LOPEZ ROCHE,<br><br>      Plaintiff,<br><br>    vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>      Defendant. | Case No.: 1:24-cv-00183-EPG<br><br>STIPULATION FOR REMAND ORDER |

      The parties, through their respective counsel, STIPULATE to the following matters. The Commissioner's final decision shall be reversed and remanded for further administrative proceedings before an Administrative Law Judge (ALJ). Upon remand, the Appeals Council will instruct the ALJ to further develop the record, as necessary, and reevaluate the evidence; reevaluate the claimant's impairments at step two; and issue a new decision.

      Remand shall be made under sentence four of 42 U.S.C. § 405(g). *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991). Plaintiff shall be entitled to reasonable attorney fees and expenses pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated:  July 24,  2024 | /s/  *Jonathan Pena**   |
| | JONATHAN PENA |
| | Attorney for Plaintiff |
| | (*signature authorized via e-mail July 24, 2024) |
| Dated: July 24,  2024 | PHILLIP A. TALBERT |
| | United States Attorney |
| | MATHEW W. PILE |
| | Associate General Counsel |
| | Office of Program Litigation, Office 7 |
| By: | /s/  *Michael J. Mullen*   |
| | MICHAEL J. MULLEN |
| | Special Assistant U.S. Attorney |
| | Attorneys for Defendant |

2

**ORDER**

Pursuant to the parties' Stipulation (ECF No. 20), IT IS ORDERED that this case is REMANDED for further administrative proceedings. Upon remand, the Appeals Council shall instruct the ALJ to further develop the record, as necessary, and reevaluate the evidence; reevaluate the claimant's impairments at step two; and issue a new decision. The Clerk of the Court is respectfully directed to enter a judgment in favor of Plaintiff and against Defendant. Further, the Clerk of Court is directed to terminate Plaintiff's motion for summary judgment as no longer pending. (ECF No. 14).

IT IS SO ORDERED.

Dated:   **July 25, 2024**                  /s/ Erica P. Grosjean
                                                              UNITED STATES MAGISTRATE JUDGE